## UNITED STATES DISTRICT COURT
### For the
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) James Allen, an individual | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Case No. CIV-14-913-F\*** |
| | ) | |
| (1) Rosenthal, Morgan, and | ) | |
| Thomas, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

### SUMMONS RETURNED EXECUTED

I, Victor R. Wandres, certify that I mailed copies of the Summons attached as Exhibit A and the Complaint, filed in this matter to the following named defendant by certified mail, addressee only, return receipt requested, at the address shown below:  As shown in Exhibit B, defendant Rosenthal, Morgan, and Thomas, Inc.  received the service on the 17th day of September 2014.

TO:    Rosenthal, Morgan, and Thomas, Inc.
        12747 Olive Blvd, Suite 250
        St. Louis, MO  63141-6278

Respectfully submitted,

**PARAMOUNT LAW**

/s/Victor R. Wandres
Victor R. Wandres, OBA #19591
4835 S. Peoria Avenue, Suite One
Tulsa, OK 74105
(918) 200-9272
(918) 895-9774 fax
victor@paramount-law.net

ATTORNEYS FOR PLAINTIFF