# UNITED STATES DISTRICT COURT

for the

WESTERN District of Oklahoma

| | |
|---|---|
| James Allen | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. CIV-14-913-F |
| Rosenthal, Morgan, and Thomas, Inc. | ) |
| | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:

**Rosenthal, Morgan, and Thomas, Inc.**
**12747 Olive Blvd, Suite 250**
**St. Louis, MO 63141-6278**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor R. Wandres
PARAMOUNT LAW
4835 S. Peoria Avenue
Tulsa, OK 74105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



SUMMONS ISSUED:
4:19 pm, Aug 26, 2014
CARMELITA REEDER SHINN, Clerk

By: *Kathy Rose*
Deputy Clerk