| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br><br>B. Received by (Printed Name)   C. Date of Delivery<br>_[signature]_ |
| 1. Article Addressed to:<br><br>ROSENTHAL, MORGAN AND THOMAS, INC<br>12747 OLIVE BLVD., SUITE 250<br>ST. LOUIS, MO  63141-6278 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7012 2920 0001 7124 6095 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



UNITED STATES POSTAL SERVICE
MO 630
17 SEP '14
PM 9 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Victor R. Wandres, Esq.
4835 S. Peoria Avenue, Suite One
Tulsa, OK 74105

James allen
CIV-14-913-F

456101