## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES ALLEN, | ) |
| Plaintiff, | )  CIV-14-913-F |
| vs. | ) |
| (1) ROSENTHAL, MORGAN, AND THOMAS, INC., | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL

The Plaintiff, James Allen, by and through the undersigned counsel, pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order), voluntarily dismisses ROSENTHAL, MORGAN, AND THOMAS, INC., with prejudice.

Respectfully submitted,



/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
4835 S. Peoria Ave., Suite 1
Tulsa, OK 74105
(918) 200-9272

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.   No appearance for Defendant has been made in this matter.

/s/ Victor R. Wandres